JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DID JOE BIDEN FILE FOR BANKRUPTCY IN PENNSYLVANIA? IF HE DID WILL YOU STILL VOTE FOR HIM?; FREDERICK BANKS,<br><br>Petitioners<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY COMPLETELY CONTROLS THE US ELECTION PROCESS USING "MICROWAVE HEARING"!; MICHAEL PHILLIPS, WARDEN,<br><br>Respondents. | Case No. 2:20-cv-08541-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: September 25, 2020  _____
                        OTIS D. WRIGHT II
                        UNITED STATES DISTRICT JUDGE